UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ROSE GRAHN,

                              MEMORANDUM AND ORDER

            Plaintiff,                  CV 05-5270

       -against-                  (Wexler, J.)

DOVER PUBLICATIONS, INC.,

            Defendant.
-------------------------------------------------------X

APPEARANCES:

    FRANK & ASSOCIATES, P.C.
    BY: ILANA L. DEUTSCH, ESQ.
    500 Bi-County Boulevard, Suite 112N
    Farmingdale, New York 11735
    Attorneys for Plaintiff

    GOODWIN PROCTER LLP
    BY: JAMES W. NAGLE, P.C., ESQ.
    Attorneys for Defendant
    Exchange Place
    Boston, Massachusetts 02109-2881

WEXLER, District Judge

A January 30, 2006, memorandum and order of this court (the "January 30 order") affirmed a November 28, 2006 order of Magistrate Judge Wall. The recitation of the facts in the January 30 Order mistakenly characterized the order of the Magistrate Judge as awarding expenses to Plaintiff. In view of this mischaracterization, the Memorandum and Order of January 30, 2006 is hereby amended to reflect the fact that expenses were awarded to Defendant and not to Plaintiff. In all other respects, the January 30 order is unchanged.

       SO ORDERED.

                                                       _____
                                                       LEONARD D. WEXLER
                                                       UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
        February 5, 2007